IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JACQUELINE MARIE ROYSTER ,                    *

              Plaintiff,                    *

v.                                                              Case No.   5:20-cv-00051-CHW

                                                  *

COMMISSIONER OF SOCIAL SECURITY,

                                                  *

              Defendant.

                                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 19, 2021, and for the reasons stated therein, the

Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

 This 19th day of August, 2021.

.

                                          David W. Bunt, Clerk


                                          s/ Heather Willis, Deputy Clerk